■ A. ANCELMO TRUCKING CO. INC., et al., Appellants, v. HERBERT J. DURKEE, Doing Business as DURKEE MOTORS, Defendant, and GENERAL MOTORS CORPORATION, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, file and serve record and brief on or before February 20, 1960 and are ready for argument at the March Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD W. HULETT, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for an extension of time within which to perfect appeal granted and time is extended for 90 days. Motion in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of CHESTER MUSTO, Petitioner, against JOSEPH P. KELLY, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss appeal granted by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ SUSAN YAGER, Plaintiff, v. DOCK & COAL CO., INC., Defendant and Third-Party Plaintiff-Appellant. M. H. YAGER et al., Third-Party Defendants-Respondents.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before February 20, 1960 and is ready for argument at the March Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ RITA K. REOUX, Appellant, v. GLENS FALLS POST COMPANY et al., Respondents.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, files and serves record and brief on or before February 20, 1960, and is ready for argument at the March Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ LAURENCE R. SEYMOUR, Appellant, v. STATE OF NEW YORK, Respondent. — Motion for permission to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five type-written copies of the brief. Motion for an extension of time within which to perfect appeal granted and time is extended for 90 days. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MELVIN VAUGHN, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person denied upon the ground that no merit has been demonstrated in the moving papers. Motion in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.